| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Alito, Samuel A | 2. Court or Organization<br><br>U.S. Ct. of App. for the 3d Cir. | 3. Date of Report<br><br>5/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge, Active | 5. Report Type (check appropriate type)<br><br>( ) Nomination, Date<br><br>( ) Initial   (●) Annual   ( ) Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse & P.O. Bldg.<br>P.O. Box 999<br>Newark, N.J. 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Association of the Federal Bar of N.J. |
| 2. | Member | Democracy Project's Sentencing Initiative |
| 3. | Advisory Board Member | Yale Law Journal Advisory Board |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 MAY 13 A 11:41 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Seton Hall Law School (teaching) | $6,000 |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Caldwell-West Caldwell Board of Education ███████ teaching) |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Harvard Law School | Judged Moot Court, Cambridge, MA, March 17-18, 2004 (Transportation, lodging, meals) |
| 2. | American Bar Association | Judged Moot Court, Orlando, FLA, March 26-27, 2004 (Transportation, lodging, meals) |
| 3. | George Mason University Law & Economics Center | Attended seminar, San Diego, CA, Oct. 7-10, 2004 (Transportation, lodging, meals) |
| 4. | Georgetown University | Attended meeting of Democracy Project Screening Initiative, Wash., DC, Oct. 25, 2004 (Transportation) |
| 5. | Federalist Society | Moderated panel discussion, Washington, DC, Nov. 11, 2004 (Lodging and meals) |
| 6. | Georgetown Universtiy | Attended meeting of Democracy Project Screening Initiative, Wash., DC, Dec. 16, 2004 (Transportation) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE REPORT
Page 1 of 2

Name of Person Reporting
Alito, Samuel A

Date of Report
5/12/2005

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. NJ Healthcare Rev. Bonds | A | Interest | J | T | | | | | |
| 2. US Savings Bonds Series EE | | None | K | T | | | | | |
| 3. Vang. Tax Ex. Mny. Mkt. Fund | A | Interest | L | T | | | | | |
| 4. Vang. Inter. Term Tax Ex. Fund | C | Int. | L | T | | | | | |
| 5. Vang. Ins. L. T. Tax Ex. Fund | B | Int, cg | K | T | | | | | |
| 6. Vang. Star Mut. Fund | A | Dividend | K | T | | | | | |
| 7. Vang. Wellington Mut. Fund | D | Div., c.g. | L | T | | | | | |
| 8. Smith Barney Money Funds Cash Port. | A | Dividend | J | T | | | | | |
| 9. PNC Bank Acct. | | None | J | T | | | | | |
| 10. Vang. NJ Tax Ex. Mny. Mkt. | A | Interest | L | T | | | | | |
| 11. Vang. NJ Ins. L. T. Tax Ex. Fund | B | Int.,div, cg | K | T | | | | | |
| 12. Vang. Small Cap. Stock Fund | A | Dividend | L | T | | | | | |
| 13. Vang. Total Stock Mkt. Index F. | B | Dividend | L | T | | | | | |
| 14. Windsor II | A | Dividend | K | T | | | | | |
| 15. Fidelity Eq.-Inc. II Fund | A | Div. | K | T | | | | | |
| 16. Windsor II | A | Dividend | K | T | | | | | |
| 17. INTC Common Stock | A | Dividend | K | T | | | | | |
| 18. Vang. Tax Ex. Mny. Mkt. | A | Interest | K | T | | | | | |

1. Income/Gain Codes     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $6,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000

2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,001-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000

3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

FINANCIAL DISCLOSURE REPORT
Page 2 of 2

Name of Person Reporting
Alito, Samuel A

Date of Report
5/12/2005

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Vang. Tax Ex. Mny. Mkt. | A | Interest | L | T | | | | | |
| 20. DIS Common Stock | A | Dividend | J | T | | | | | |
| 21. Vang. Inter.- Term. Bond Index F. | A | Div., cap.g. | K | T | | | | | |
| 22. Citibank Deposit Program | A | Interest | J | T | | | | | |
| 23. BMY Common Stock | A | Dividend | J | T | | | | | |
| 24. MCD Common Stock | A | Dividend | K | T | | | | | |
| 25. XOM Common Stock | B | Dividend | M | T | Buy(es) | 5-13 | M | | |
| 26. Sovereign Bank Acct. | | | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $6,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

# VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  5/2/65

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544